1

**GREENE BROILLET & WHEELER, LLP**
LAWYERS
222 N. PACIFIC COAST HIGHWAY, SUITE 2100
P.O. BOX 955
EL SEGUNDO, CALIFORNIA 90245
TEL. (310) 576-1200
FAX. (310) 576-1220

(SPACE BELOW FOR FILING STAMP ONLY)

CHRISTINE D. SPAGNOLI, SBN 126353 (cspagnoli@gbw.law)
MOLLY M. McKIBBEN, SBN 273897 (mmckibben@gbw.law)

Attorneys for __Plaintiffs_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ESTATE OF ANTHONY MAUI ANAYA,
by and through its Successor-in-Interest,
AMBER JENKINS; AMBER JENKINS, an
individual,

                   Plaintiffs,

vs.

FCA US, LLC a limited liability company
of Delaware; CIMA'S LANDSCAPE &
MAINTENANCE, INC., a California
corporation; ANTHONY CIMA, an
individual; ANTHONY JAMES WALKER,
an individual; DOES 1 through 100,
inclusive,

                   Defendants.

CASE NO.  2:22-cv-00429-WBS-JDP

**STIPULATION TO REMAND
REMOVED ACTION AND ORDER
THEREON**

TO THE HONORABLE WILLIAM B. SHUBB, SENIOR JUDGE OF THE

DISTRICT COURT:

     Plaintiffs and Defendant FCA US LLC hereby stipulate to remand this Action to

Sacramento Superior Court as follows:

- 1 -
_____
STIPULATION TO REMAND REMOVED ACTION AND ORDER THEREON

**RECITALS**

1. Plaintiffs filed their Complaint against FCA US LLC and CIMA'S LANDSCAPE & MAINTENANCE, INC., a California corporation; ANTHONY CIMA, an individual; ANTHONY JAMES WALKER on January 1, 2022 in the Sacramento County Superior Court as Case Number 34-2022-0031471 which asserts a survival claim on behalf of the Estate of Anthony Anaya against all Defendants as well as a wrongful death claim on behalf of Amber Jenkins for the death of her son Anthony Anaya against FCA US LLC.

2. On February 4, 2022, Plaintiffs served Defendant FCA US LLC with their Complaint.

3. On March 7, 2022, Defendant FCA US LLC timely removed this case to this Court pursuant to 28 U.S.C. §§ 1452, 1134(b), and 1452(a).

4. On March 10, 2022, Plaintiffs and Defendant FCA US LLC filed a stipulation with the Court extending the deadline for FCA US LLC to respond to the Complaint to April 11, 2022.

5. As of the date of this Stipulation none of the named Defendants has as yet responded to the Complaint.

6. On April 1, 2022, Plaintiffs filed a First Amended Complaint in this case eliminating the Second and Third Causes of Action for negligence against FCA US LLC, as well as the punitive damages claims asserted in the original Complaint against FCA US LLC, and retaining the First Cause of Action for Strict Liability against FCA US LLC.

**STIPULATION**

Plaintiffs, by and through their counsel of record, Greene Broillet & Wheeler, LLP, and Defendant FCA US LLC, by and through its counsel of record, Bowman and Brooke LLP, hereby stipulate, based upon the elimination of certain claims against FCA US LLC in the First Amended Complaint, to remand this Action to Sacramento Superior Court.

///

///

///

STIPULATION TO REMAND REMOVED ACTION AND ORDER THEREON

GREENE BROILLET & WHEELER, LLP
P.O. BOX 2131
SANTA MONICA, CA 90407-2131

1       The parties further stipulate that each party shall bear its own attorneys' fees and costs with

2 respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

3

4 Dated: April 5, 2022            BOWMAN AND BROOKE LLP

5

6                                    By: /s/  Daniel B. Goldman

7                                            Paul G. Cereghini
                                           Daniel B. Goldman

8                                            Neil M. Kliebenstein
                                           Attorneys for FCA US LLC

9 Dated: April 5, 2022            GREENE BROILLET & WHEELER, LLP

10

11                                    By: /s/  Christine D. Spagnoli

12                                            Christine D. Spagnoli
                                           Molly M. McKibben

13                                            Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENE BROILLET & WHEELER, LLP
P.O. BOX 2131
SANTA MONICA, CA 90407-2131

STIPULATION TO REMAND REMOVED ACTION AND ORDER THEREON

**ORDER**

On April 4, 2022, the Parties to the above-referenced Action filed a Stipulation to Remand Removed Action.  The Court having reviewed that Stipulation and good cause appearing, orders as follows:

1.   The Parties' stipulation is approved.

2.   This action is hereby remanded to Superior Court of the State of California, in and for the County of Sacramento.

IT IS SO ORDERED.

Dated:  April 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

GREENE BROILLET & WHEELER, LLP
P.O. BOX 2131
SANTA MONICA, CA 90407-2131

- 4 -
STIPULATION TO REMAND REMOVED ACTION AND ORDER THEREON